IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-748-BO

| | |
|---|---|
| BENITA L. ARTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES DIVISION ) | |
| OF PUBLIC HEALTH OFFICE OF THE STATE ) | |
| HEALTH DIRECTOR, ) | |
| ) | |
| Defendant. ) | |

This matter came before the undersigned on March 5, 2015, for a show cause hearing. The parties having notified the Court that they have settled all matters in controversy among them, and the Court having allowed the parties ninety (90) days within which to effect the settlement and file the appropriate closing documents, this action is hereby STAYED and removed from the Court's active docket pending the notification and filing of a stipulation of dismissal or consent judgment for the Court's approval.

SO ORDERED, this the 6 day of March, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE